## SENTENCING MINUTES

DATE: 9/21/23                    CASE NUMBER: 3:23CR28

JUDGE: GIBNEY                    CT REPORTER: G. Halasz, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA         Stephen Miller
                                 _____
v.                                        COUNSEL

Khaliq Hall                      Laura Koenig
                                 _____

SENTENCING ON COUNT(S): ____2____    ( ) Criminal Information
                                     (✓) Indictment ( ) Superseding Ind.

OBJECTIONS TO PSR: arguments heard on dft's objections for enhancements
for mass marketing and maintaining a drug premises— the Ct
denies the objections

PRELIMINARY MATTERS:
the dft's request to remove supervision condition to not have
social media accounts w/o permission is denied
_____

STATEMENTS MADE BY: GOV'T (✓) DEFENSE COUNSEL (✓) DEFT (✓)

ON MOTION OF GOV'T, ( ) INDICTMENT (✓) REMAINING CTS. DISMISSED.

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today  (✓)

DEFT REMANDED TO CUSTODY  (✓)

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**
ON:_____  BY:_____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

CASE SET:        BEGAN:       ENDED:         TIME IN COURT:
1:30pm           1:35pm       2:08pm              33 mins.

**PAGE TWO (2)**

**SENTENCE TEXT**

**COUNT** _2_        IMPRISONMENT _60_ MOS.   CONCURRENT (  ) CONSECUTIVE (  )

CREDIT FOR TIME SERVED ON THIS CHARGE ( X )

SUPERVISED RELEASE _4_ YEARS

PROBATION _____ YEARS

FINE $_____   ( ✓ Fine not imposed )

SPECIAL ASSESSMENT $100 due immediately

**COUNT** ____        IMPRISONMENT _____ MOS.   CONCURRENT (  ) CONSECUTIVE (  )

SUPERVISED RELEASE _____ YEARS    CONCURRENT (  )

PROBATION _____ YEARS    CONCURRENT (  )

FINE $_____   (  ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT** _____        IMPRISONMENT _____ MOS.   CONCURRENT (  ) CONSECUTIVE (  )

SUPERVISED RELEASE _____ YEARS    CONCURRENT (  )

PROBATION _____ YEARS    CONCURRENT (  )

FINE $_____   (  ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( ✓ )**

**RESTITUTION ORDERED:** _____

_____

**RECOMMENDATION(S) TO BOP:**
( ✓ ) Designate dft. to (a facility near family) _Richmond, VA_
(  ) BOP 500-hr intensive drug treatment program, if the defendant qualifies and volunteers
(  ) UNICOR program (  ) with _____ portion of earnings directed to child support
(  ) Educational /Vocational training (  ) SHOCK Incarceration Program (  ) BRAVE Program

(  ) OTHER:_____

## PAGE THREE (3)

### SPECIAL CONDITIONS of Probation / Supervised Release:

✓____(1) Incur no new credit without approval of probation officer

✓____(2) Provide probation officer with access to financial information

_____(3) Participate in drug/alcohol treatment, if deemed necessary and waive all rights of
confidentiality regarding treatment to allow release of information to probation;
_____ Pay cost

_____(4) Participate in mental health treatment, if deemed necessary and waive all rights of
confidentiality regarding treatment to allow release of information to probation;
_____ Pay cost          _____ Participate in anger management

_____(5) The defendant shall not consume any alcohol or marijuana, even if it becomes legal

_____(6) Participate in a program such as Narcotics Anonymous/Alcoholics Anonymous or a
similar secular program (any secular equivalent to NA/AA must be approved by the
probation officer and the Court.) Dft shall begin attendance within _____of
release. Defendant shall attend 90 meetings within 90 days. Defendant shall obtain a
sponsor who will confirm the sponsor relationship with the probation officer.

_____(7) Pay child support in amount ordered by social services or Court.

✓____(8) Defendant shall pay any balance owed on the S/A imposed by the Court
        ✓____ Pay in installments of not less than $10_____ per month,
        to begin 30 / 60 days after start of supervision until paid in full

_____(9) Defendant to apply monies received from tax refunds, lottery winnings, and any
anticipated or unexpected financial gains to the Court-ordered financial obligation

_____(10) Mandatory drug testing waived; ___ PO may still administer drug test if appropriate

_____(11) Perform community service _____ HOURS during period of supervision

_____(12) Participate in home confinement program for _____ with monitoring
        _____ Permitted to work, attend church, or other approved activities
        _____ Maintain telephone without special features; no cordless phone
        _____ Pay costs of electronic monitoring

_____(13) Defendant to be surrendered to BICE for deportation proceedings
        _____ If deported, defendant to remain outside the United States

_____(15-19) ___ Defendant shall register with the state sex offender registration agency in any state where he resides, is
employed, a student, etc., ____ Defendant shall not own or have a computer in his residence or place of employment. Also,
he shall not use a computer to access any online computer services at any location, including employment without the prior
approval of the probation officer. This includes any internet service provider bulletin board systems, or any other public or
private computer network. ___Defendant shall not have any access to or possess any pornographic material, pictures
displaying nudity, or magazines using juvenile models or pictures of juveniles under the age of 18 years. ___ Defendant
shall not be in the presence of children under the age of 18 without another responsible adult being present. ___ Defendant
shall not accept any paid or volunteer positions involving children.

_____(---) **Other special conditions:**

_____

_____

_____

_____